UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:10-MJ-1712-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| **Gene Patrick** | ) | |

On June 7, 2011, Gene Patrick appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Simple Possession of a Controlled Substance in violation of 21 U.S.C. §844(a), was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on July 22, 2011, the court finds as a fact that Gene Patrick, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modification:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 30 days, and shall abide by all rules and regulations of the designated facility.

**IT IS FURTHER ORDERED** that the defendant shall be given credit for 23 days spent in custody pending this hearing.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 22nd day of July, 2011.

James E. Gates
United States Magistrate Judge